## BAILEY MINING COMPANY, INC. and Isle Coals, Inc., Movants,

v.

## Thomas BENTLEY et al., Respondents.

Supreme Court of Kentucky.

Nov. 21, 1978.

William G. Francis, Francis, Kazee & Francis, Prestonsburg, for movants.

Kelsey E. Friend, Pikeville, William L. Huffman, Director, Workmen's Compensation Bd., Frankfort, for respondents.

## OPINION AND ORDER

The motion of Bailey Mining Company, Inc., and Isle Coals, Inc., for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered January 6, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Transport Motor Express, Inc. v. Finn,* Ky., 574 S.W.2d 277, rendered September 19, 1978.

All concur.

## James R. YOCOM, Commissioner of Labor and Custodian of the Special Fund, Movant,

v.

## Thomas BENTLEY et al., Respondents.

Supreme Court of Kentucky.

Nov. 21, 1978.

Cyril E. Shadowen, Dept. of Labor, Louisville, Kenneth E. Hollis, Dept. of Labor, Frankfort, for movant.

Fred G. Francis, Prestonsburg, Kelsey E. Friend, Pikeville, William L. Huffman, Director, Workmen's Compensation Bd., Frankfort, for respondents.

## OPINION AND ORDER

The motion of James R. Yocom, Commissioner of Labor and Custodian of the Special Fund, for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered January 6, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Transport Motor Express, Inc. v. Finn,* Ky., 574 S.W.2d 277, rendered September 19, 1978.

All concur.